852

No. 97–9445. WHITSEL v. HUNDLEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 97–9446. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–9447. AULTMAN v. ALFORD, WARDEN. Sup. Ct. Fla. Certiorari denied.

No. 97–9448. TUAN ANH NGUYEN v. REYNOLDS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–9449. LINK v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9450. ANDERSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 97–9451. CAPUTO v. CLARK, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–9452. BROWN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9453. BROWN v. FRAZIER. C. A. 4th Cir. Certiorari denied.

No. 97–9456. POWELL v. BATTLE, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–9457. SAYADI-TAKHTEHKAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9458. RUTHERFORD v. ROE, WARDEN, ET AL. C. A. 9th Cir.

No. 97–9459. SPAGNOULO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9460. O'BRIEN v. GENERAL MOTORS CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9461. ROBERSON v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 97–9462. BENSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.